**Order entered January 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01370-CR

**ALAN MICHAEL SCHUECKLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-72399-R**

## ORDER

We **REINSTATE** this appeal.

On December 30, 2019, the trial court appointed counsel. We **DIRECT** the Clerk to list Julie Jones Woods of the Dallas County Public Defender's Office as counsel for appellant. All future correspondence and notices shall be sent to Julie Jones Woods, Dallas County Public Defender's Office, 133 N. Riverfront Blvd., 9th Floor, LB 2, Dallas, Texas 75207-4313.

The reporter's record was due December 14, 2019. We **ORDER** court reporter Georgina Ware to file the reporter's record by January 31, 2020.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE